**The People of the State of Illinois, Plaintiff-Appellee, v. George Solomonson, Defendant-Appellant.**

**Gen. No. 49,590.**

First District, Fourth Division.
December 2, 1964.

 Heller & Morris, of Chicago (Jerrold L. Morris, Gerald M. Chapman, and Jerome H. Torshen, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Thomas A. Hett, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE ENGLISH. **Not to be published in full.**